1 minute

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 6/12/13

Case No.   CR-13-341 SI            Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- HELENA SHANAFELT (NC)(P)

Attorneys:   Kevin Barry            David Anderson

Deputy Clerk: Tracy Kasamoto   Court Reporter: Connie Kuhl

## PROCEEDINGS

1) Status - HELD
2) 
3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN       ( ) SUBMITTED
                                                  PART

Case continued to **7/26/13   @ 11:00 a.m.**   for Change of Plea

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Cont. Of Counsel
**Delay begins:         Delay ends: 7/26/13**
(       AUSA to draft order          )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )