James H. Vernon SBN 41163
jvernonn@mindspring.com
Katherine Vernon Ryan SBN 193324
kateryanlaw@yahoo.com
LAW OFFICES OF JAMES H. VERNON
P.O. Box 410
3223 Crow Canyon Road, Suite 330
San Ramon, CA 94583
Telephone: (925) 806-0673

Attorneys for Plaintiff:
ALINE LOTHLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALINE LOTHLEN,<br><br>       Plaintiff,<br><br>   vs.<br><br>WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE, FSB; WORLD SAVINGS BANK, FSB; CAL-WESTERN RECONVEYANCE and DOES 1-20, inclusive,<br><br>       Defendants. | Case No.: C-13-00922-SI<br><br>**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

The parties are actively engaged in ADR. Three conferences have been held with Howard A. Herman, Director of the ADR Unit. Another conference is scheduled for July 1, 2013, following an exchange of documents. It is respectfully requested that the Case Management Conference, presently set for June 14, 2013 be

1

STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE 3:13-cv-00922-SI

rescheduled for August 2013. At that time, if ADR has not been completed, a more accurate and complete Joint Case Management Statement can be filed.

This Stipulation is respectfully submitted on June 5, 2013.

LAW OFFICES OF JAMES H. VERNON

By: /s/ James H. Vernon
James H. Vernon
jvernonn@mindspring.com
Attorneys for Plaintiff
ALINE LOTHLEN

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

BY: /s/ E. Christine Hehir
E. Christine Hehir
chehir@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that a Case Management Conference will be held in this case before the Honorable Susan Illston on August 23, 2013 at 2:30 p.m. in Courtroom 10, 19th floor Federal Building.

Dated: 6/11, 2013

_____
SUSAN ILLSTON
United States District Judge