UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALINE LOTHLEN,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE, FSB; WORLD SAVINGS BANK, FSB; CAL-WESTERN RECONVEYANCE and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.:  3:13-CV-00922-SI<br><br>[The Honorable Susan Illston<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE SEPTEMBER 20, 2013 CASE MANAGEMENT CONFERENCE**<br><br>**Current CMS:**<br>Date:          September 20, 2013<br>Time: 2:30         p.m.<br>Ctrm: 10,          19th Floor<br><br>**Proposed CMS:**<br>Date: October           18, 2013<br>Time: 2:30         p.m.<br>Ctrm: 10,          19th Floor |

The Court, having reviewed the Stipulation to Continue the Case Management Conference and GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED THAT:**

The case management conference be extended four weeks days from September 20, 2013 to October 18, 2013 [or _____] at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: __9/16/13__

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE SEPTEMBER 20, 2013 CASE MANAGEMENT CONFERENCE**

on the interested parties in said case as follows:

*Served Electronically Via the Court's CM/ECF System:*

*Counsel for Plaintiff:*

James H. Vernon, Esq.
jvernonn@mindspring.com
LAW OFFICES OF JAMES H. VERNON
3223 Crow Canyon Rd., Ste. 330
San Ramon, CA 94583
(925) 806-0673

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on September 12, 2013.

| Christine Daniel | */s/ Christine Daniel* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |