1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ALINE LOTHLEN, | CASE NO.: 3:13-CV-00922-SI |
| 12                   Plaintiff, | [The Honorable Susan Illston] |
| 13 | **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO CONTINUE THE OCTOBER 18, 2013 CASE MANAGEMENT CONFERENCE AND TO RESPOND TO THE COMPLAINT** |
| 14       v. | |
| 15 | |
| 16 | |
| 17  WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE, FSB; WORLD SAVINGS BANK, FSB; CAL-WESTERN RECONVEYANCE and DOES 1-20, inclusive, | **Current CMS:**<br>Date:     October 18, 2013<br>Time:    9:00 a.m.<br>Ctrm:    10, 19th Floor |
| 18 | |
| 19 | |
| 20                   Defendants. | **Proposed CMS:**<br>Date:     November 22, 2013<br>Time:    2:30 p.m.<br>Ctrm:    10, 19th Floor |
| 21 | |
| 22 | |

23  / / /
24  / / /
25  / / /
26
27
28

1 | The Court, having reviewed the Stipulation to Continue the Case Management
2 | Conference and GOOD CAUSE APPEARING,
3 | **IT IS HEREBY ORDERED THAT:**
4 | 1.   Wells Fargo's deadline to respond to the complaint be extended two weeks, to
5 | November 1, 2013.
6 | 2.   The case management conference be extended four weeks days from October 18,
7 | 2013, to November 22, 2013 [or ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~], at 2:30 p.m.

9 | **IT IS SO ORDERED.**

11 | Dated:  10/18/13

*/s/ Susan Illston*

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO CONTINUE THE OCTOBER 18, 2013 CASE MANAGEMENT CONFERENCE AND TO RESPOND TO THE COMPLAINT**

on the interested parties in said case as follows:

*Served Electronically Via the Court's CM/ECF System:*

*Counsel for Plaintiff:*

James H. Vernon, Esq.
jvernonn@mindspring.com
LAW OFFICES OF JAMES H. VERNON
3223 Crow Canyon Rd., Ste. 330
San Ramon, CA 94583
(925) 806-0673

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on October 16, 2013.

| Christine Daniel | */s/ Christine Daniel* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |