1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | ALINE LOTHLEN,                          CASE NO.:  3:13-CV-00922-SI

12 |                                          [The Honorable Susan Illston]
            Plaintiff,
13 |                                          **ORDER GRANTING JOINT**
                                             **STIPULATION TO EXTEND TIME TO**
14 |        v.                                **CONTINUE THE OCTOBER 18, 2013**
                                             **CASE MANAGEMENT CONFERENCE**
15 |                                          **AND TO RESPOND TO THE**
                                             **COMPLAINT**
16 | WELLS FARGO BANK, N.A.; WACHOVIA
17 | MORTGAGE, FSB; WORLD SAVINGS            <u>Current CMS:</u>
     BANK, FSB; CAL-WESTERN                   Date:        October 18, 2013
18 | RECONVEYANCE and DOES 1-20, inclusive,  Time:        9:00 a.m.
                                             Ctrm:        10, 19th Floor
19
                                             <u>Proposed CMS:</u>
20 |        Defendants.                       Date:        November 22, 2013
                                             Time:        2:30 p.m.
21                                           Ctrm:        10, 19th Floor

22

23 | / / /

24 | / / /

25 | / / /

26

27

28

1    The Court, having reviewed the Stipulation to Continue the Case Management

2 Conference and GOOD CAUSE APPEARING,

3    **IT IS HEREBY ORDERED THAT:**

4    1.    Wells Fargo's deadline to respond to the complaint be extended two weeks, to

5 November 1, 2013.

6    2.    The case management conference be extended four weeks days from October 18,

7 2013, to November 22, 2013 [or ̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶], at 2:30 p.m.

8

9    **IT IS SO ORDERED.**

10

11 Dated:  10/18/13

    _____
    HONORABLE SUSAN ILLSTON
12  UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

93000/FR0734/00727139-1

CASE NO.:  3:13-CV-00922-SI
ORDER GRANTING JOINT STIPULATION TO
EXTEND TIME AND CONTINUE CMC

1

## <u>CERTIFICATE OF SERVICE</u>

2

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.

3
I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

4

On the date below, I served a copy of the foregoing document entitled:

5

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME**

6
**TO CONTINUE THE OCTOBER 18, 2013 CASE MANAGEMENT CONFERENCE AND TO RESPOND TO THE COMPLAINT**

7

8

on the interested parties in said case as follows:

9

*Served Electronically Via the Court's CM/ECF System:*

10

11

*Counsel for Plaintiff:*

12

James H. Vernon, Esq.
jvernonn@mindspring.com

13
LAW OFFICES OF JAMES H. VERNON
3223 Crow Canyon Rd., Ste. 330

14
San Ramon, CA 94583
(925) 806-0673

15

I declare under penalty of perjury under the laws of the United States of America that

16
the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in

17
Pasadena, California on October 16, 2013.

18

19

| Christine Daniel | */s/ Christine Daniel* |
| --- | --- |
| (Type or Print Name) | (Signature of Declarant) |

20

21

22

23

24

25

26

27

28