☐AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

| | |
|---|---|
| ALINE LOTHLEN<br>　　　　Plaintiff(s),<br>　　V.<br>WELLS FARGO BANK NA,<br>　　　　Defendant(s). | CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY<br><br>CASE NUMBER: C-13-00922-SI |

Notice is hereby given that, subject to approval by the court, __ALINE LOTHLEN__ substitutes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Party (s) Name)
__CHRIS NGUYEN__, State Bar No. __255526__ as counsel of record in
(Name of New Attorney)

place of __JAMES H. VERNON__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　　CHRIS NGUYEN, ESQ.
　　Address:　　　　2000 SENTER ROAD, SAN JOSE, CA 95112
　　Telephone:　　　(408) 455-6848　　　　Facsimile
　　E-Mail (Optional):　chrisnguyen.esq@gmail.com

I consent to the above substitution.
Date:　　3/7/2014　　　　　　　　　　　　　_/s/ Aline Lothlen_
　　　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date:　　3/7/2014　　　　　　　　　　　　　_/s/_
　　　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date:　　3/7/2014　　　　　　　　　　　　　_/s/ Chris Nguyen_
　　　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:　~~3/7/2014~~　5/27/14　　　　　　_/s/ Susan Illston_
　　　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]