IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALINE LOTHLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE, FSB; WORLD SAVINGS BANK, FSB; CAL-WESTERN RECONVEYANCE; and DOES 1-20, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 13-00922 SI<br><br>**ORDER:**<br><br>**---DIRECTING PLAINTIFF TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**; **AND**<br><br>**—CONTINUING CASE MANAGEMENT CONFERENCE TO JUNE 27, 2014** |

　　　　On March 27, 2014, the Court granted defendant Wells Fargo Bank, N.A.'s motion to dismiss plaintiff's first amended complaint, and granted plaintiff leave to file a second amended complaint by April 28, 2014. Docket No. 50. To date, plaintiff has not filed a second amended complaint.

　　　　**Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE in writing no later than June 13, 2014 why this case should not be dismissed without prejudice for failure to prosecute.** *See* Fed. R. Civ. P. 41(b). The Case Management Conference currently scheduled for May 28, 2014 at 11:00 a.m. is **continued to June 27, 2014 at 3:00 p.m.**

　　　　**IT IS SO ORDERED.**

Dated: May 27, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge