IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALINE LOTHLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE, FSB; WORLD SAVINGS BANK, FSB; CAL-WESTERN RECONVEYANCE; and DOES 1-20, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 13-00922 SI<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On March 27, 2014, the Court granted defendant Wells Fargo Bank, N.A.'s motion to dismiss plaintiff's first amended complaint, and granted plaintiff leave to file a second amended complaint by April 28, 2014. Docket No. 50. The April 28, 2014 deadline passed without plaintiff filing a second amended complaint.

On May 23, 2014, defendant filed a motion to dismiss the action for lack of prosecution. Docket No. 54. On May 27, 2014, the Court issued an order directing plaintiff to show cause why the action should not be dismissed for failure to prosecute by June 13, 2014. Docket No. 56. To date, plaintiff has not filed a second amended complaint, filed an opposition to defendant's motion to dismiss, or filed a response to the Court's order to show cause. Accordingly, the case is dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). All pending motions are DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: June 16, 2014

　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　United States District Judge