IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALINE LOTHLEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE, FSB; WORLD SAVINGS BANK, FSB; CAL-WESTERN RECONVEYANCE; and DOES 1-20, inclusive,<br><br>　　　　Defendants.<br>_____/ | No. C 13-00922 SI<br><br>**JUDGMENT** |

　　　This action is dismissed without prejudice for failure to prosecute.  *See* Fed. R. Civ. P. 41(b). Judgment is entered accordingly.

　　　**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 16, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Susan Illston
　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge